STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
MONTE HALL, ESQ.
Nevada Bar No. 000239
montehall@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Defendant*
*Cummins Rocky Mountain, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WATERTON GLOBAL MINING COMPANY, LLC, a Nevada limited liability company; and CHUBB INSURANCE COMPANY OF CANADA, a Canadian corporation<br><br>Plaintiffs,<br><br>vs.<br><br>CUMMINS ROCKY MOUNTAIN, LLC, a Colorado limited liability company; CUMMINS, INC., an Indiana corporation; and DOES 1-40, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-0405-RCJ-VPC<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

HALL, JAFFE AND CLAYTON, LLP represents Cummins Rocky Mountain, LLC in this matter. Recently, Ryan J. Bashor, Esq., Nevada Bar No. 011914 changed firms and has left HALL, JAFFE AND CLAYTON, LLP. Accordingly, his name should be removed from the CM/ECF service list for the

///
///
///
///
///

above- referenced matter, and Monte Hall, Esq., Nevada Bar No. 000239, should be added.

DATED this 26 day of May, 2015.

HALL JAFFE & CLAYTON, LLP

By _____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
MONTE HALL, ESQ.
Nevada Bar No. 000239
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant
Cummins Rocky Mountain, LLC*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: May 27, 2015

### CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of HALL JAFFE & CLAYTON, LLP and that on the 26 day of May, 2015 the foregoing **NOTICE OF CHANGE OF ATTORNEY** was served upon the parties via the Court's electronic service program as follows:

Gilbert Hernandez, Esq.
Bradley Grumbley, Esq.
Thomas M. Regan, Esq.
COZEN O'CONNOR
501 W. Broadway, Suite 1610
San Diego, CA 92101
*Attorneys for Plaintiffs*

Kevin M. Kuhlman, Esq.
John A. Felton, Esq.
LATHROP & GAGE, LLP
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108
*Attorney for Cummins, Inc.*

_____
An Employee of
HALL JAFFE & CLAYTON, LLP